Dale CURTEN, Plaintiff–Appellant,

v.

**RECONTRUST COMPANY, NA and Bank of America, N.A.,** Defendants–Appellees.

No. 13–55203.

United States Court of Appeals, Ninth Circuit.

Submitted: Dec. 9, 2015.*

Filed Dec. 16, 2015.

Dale Curten, Bakersfield, CA, pro se.

Richard P. Steelman, Jr., Bryan Cave LLP, Santa Monica, CA, for Defendant–Appellee.

Before: WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

MEMORANDUM **

Dale Curten appeals pro se from the district court's judgment dismissing his action raising various federal foreclosure-related claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under Federal Rule of Civil Procedure 12(b)(6). *Cervantes v. Countrywide Home Loans, Inc.,* 656 F.3d 1034, 1040 (9th Cir.2011). We affirm.

We do not address Curten's argument that he timely exercised his right of rescission under the Truth in Lending Act be-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

610

cause Curten did not assert a rescission claim in his complaint and did not otherwise present this argument to the district court. *See Hillis v. Heineman,* 626 F.3d 1014, 1019 (9th Cir.2010) ("These arguments are raised for the first time on appeal, and because they were never argued before the district court, we deem them waived."); *see·also Baccei v. United States,* 632 F.3d 1140, 1149 (9th Cir.2011) ("[This Court] will not reframe an appeal to review what would be in effect a different case than the one decided by the district court.").

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.